1  David J. Merrill
   Nevada Bar No. 6060
2  David J. Merrill, P.C.
   10161 Park Run Drive, Suite 150
3  Las Vegas, Nevada 89145
   Telephone: (702) 566-1935
4  E-mail: david@djmerrillpc.com
   Counsel for Brian Shapiro, Trustee
5  of the R & S St. Rose Lenders, LLC
   Liquidation Trust

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>R & S ST. ROSE, LLC,<br><br>      Debtor.<br><br>BRANCH BANKING AND TRUST COMPANY,<br><br>      Appellant,<br><br>v.<br><br>R & S ST. ROSE LENDERS, LLC; R & S ST. ROSE, LLC; R & S INVESTMENT GROUP, LLC; COMMONWEALTH LAND TITLE INSURANCE COMPANY; THE CREDITOR GROUP; and THE U.S. TRUSTEE,<br><br>      Appellees. | Case No. 2:17-CV-01298-MMD<br>Bankruptcy Case No.: 11-14974-mkn<br>Chapter 11<br><br>*Stipulation and Order for Extension of Time to File Answering Brief*<br>*(Second Request)* |

The parties stipulate as follows:

1. On April, 11, 2018, the Court entered a Stipulation and Order for Extension of Time to File Answering Brief because the parties were engaged in new settlement discussions. (ECF No. 31.) The order required the appellees to file an answering brief on or before April 27, 2018. (*See id.*)

1

2. The parties stipulate to further extend the time for the appellees to file an answering brief to May 2, 2018.

3. The reason for the requested extension is two-fold. First, to enable the parties to continue the settlement discussions, which are on-going. Second, special counsel for Appellee R & S St. Rose Lenders, LLC, who is drafting the answering brief, had a family emergency arise on April 19 that has continued through April 25.

4. To enable the parties to engage in further settlement negotiations and accommodate counsel's family emergency, the parties stipulate that the appellees shall have up to and including May 2, 2018, to file their answering brief. The appellant shall then have up to and including May 16, 2018, to file any reply brief.

5. The parties have not entered into this stipulation for any purpose of delay.

Dated this 26th day of April 2018.

David J. Merrill, P.C.

By: /s/ David J. Merrill
David J. Merrill
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Attorney for Brian Shapiro as Trustee of the R & S St. Rose Lenders, LLC Liquidation Trust

Early Sullivan Wright Gizer & McRae, LLP

By: /s/ Scott E. Gizer
Scott E. Gizer
601 South 7th St., 2nd Floor
Las Vegas, Nevada 89101
Attorneys for Commonwealth Land Title Insurance Company

Holley Driggs Walch Fine Wray Puzey & Thompson

By: /s/ Ogonna M. Brown
Ogonna M. Brown
400 South 4th St., 3rd Floor
Las Vegas, Nevada 89101
Attorneys for R & S Investment Group

Schwartz Flansburg, PLLC

By: /s/ Samuel A. Schwartz
Samuel A. Schwartz
6623 Las Vegas Blvd. S., #300
Las Vegas, Nevada 89119
Attorneys for R & S St. Rose, LLC

Holland & Hart LLP

By: /s/ Joseph G. Went
Joseph G. Went
9555 Hillwood Drive, 2nd Floor
Las Vegas, Nevada 89134
Attorneys for Branch Banking and Trust Company

Ghandi Deeter Blackham

By: /s/ Nedda Ghandi
Nedda Ghandi
725 South 8th Street, Suite 100
Las Vegas, Nevada 89101
Attorney for Brian Shapiro as Trustee of the R & S St. Rose Lenders, LLC Liquidation Trust

Garman Turner Gordon

By: /s/ Talitha Gray Kozlowski
Talitha Gray Kozlowski
650 White Drive, Suite 100
Las Vegas, Nevada 89119
Attorneys for the Creditor Group

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE
DATED: April 30, 2018