David J. Merrill
Nevada Bar No. 6060
David J. Merrill, P.C.
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Telephone: (702) 566-1935
E-mail: david@djmerrillpc.com
Counsel for Brian Shapiro, Trustee
of the R & S St. Rose Lenders, LLC
Liquidation Trust

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>R & S ST. ROSE, LLC,<br><br>    Debtor.<br><hr>BRANCH BANKING AND TRUST COMPANY,<br><br>    Appellant,<br><br>    v.<br><br>R & S ST. ROSE LENDERS, LLC; R & S ST. ROSE, LLC; R & S INVESTMENT GROUP, LLC; COMMONWEALTH LAND TITLE INSURANCE COMPANY; THE CREDITOR GROUP; and THE U.S. TRUSTEE,<br><br>    Appellees. | Case No. 2:17-CV-01298-MMD<br>Bankruptcy Case No.: 11-14974-mkn<br>Chapter 11<br><br>*Stipulation and Order for Extension of Time to File Answering Brief*<br>*(Third Request)* |

The parties stipulate as follows:

1. On April 30, 2018, the Court entered a Stipulation and Order for Extension of Time to File Answering Brief because the parties were engaged in new settlement discussions and to accommodate counsel for R & S St. Rose Lenders,

1

LLC Liquidation Trust who had a family emergency. (ECF No. 33.) The order required the appellees to file an answering brief on or before May 2, 2018. (*See id.*)

2. The parties stipulate to further extend the time for the appellees to file an answering brief to May 4, 2018.

3. The reason for the requested extension is two-fold. First, to enable the parties to continue the settlement discussions, which are on-going. Second, special counsel for Appellee R & S St. Rose Lenders, LLC, who is drafting the answering brief, needed a bit more time after the family emergency than he anticipated to finish the brief and appendix.

4. To enable the parties to engage in further settlement negotiations and accommodate counsel's family emergency, the parties stipulate that the appellees shall have up to and including May 4, 2018, to file their answering brief. The appellant shall then have up to and including May 18, 2018, to file any reply brief.

1. 5. The parties have not entered into this stipulation for any purpose of delay.

Dated this 1st day of May 2018.

| David J. Merrill, P.C. | Holland & Hart LLP |
|---|---|
| By: /s/ *David J. Merrill*<br>David J. Merrill<br>10161 Park Run Drive, Suite 150<br>Las Vegas, Nevada 89145<br>Attorney for Brian Shapiro as Trustee of the R & S St. Rose Lenders, LLC Liquidation Trust | By: /s/ *Joseph G. Went*<br>Joseph G. Went<br>9555 Hillwood Drive, 2nd Floor<br>Las Vegas, Nevada 89134<br>Attorneys for Branch Banking and Trust Company |
| Early Sullivan Wright Gizer & McRae, LLP | Ghandi Deeter Blackham |
| By: /s/ *Scott E. Gizer*<br>Scott E. Gizer<br>601 South 7th St., 2nd Floor<br>Las Vegas, Nevada 89101<br>Attorneys for Commonwealth Land Title Insurance Company | By: /s/ *Nedda Ghandi*<br>Nedda Ghandi<br>725 South 8th Street, Suite 100<br>Las Vegas, Nevada 89101<br>Attorney for Brian Shapiro as Trustee of the R & S St. Rose Lenders, LLC Liquidation Trust |
| Holley Driggs Walch Fine Wray Puzey & Thompson | Garman Turner Gordon |
| By: /s/ *Ogonna M. Brown*<br>Ogonna M. Brown<br>400 South 4th St., 3rd Floor<br>Las Vegas, Nevada 89101<br>Attorneys for R & S Investment Group | By: /s/ *Talitha Gray Kozlowski*<br>Talitha Gray Kozlowski<br>650 White Drive, Suite 100<br>Las Vegas, Nevada 89119<br>Attorneys for the Creditor Group |
| Schwartz Flansburg, PLLC | |
| By: /s/ *Samuel A. Schwartz*<br>Samuel A. Schwartz<br>6623 Las Vegas Blvd. S., #300<br>Las Vegas, Nevada 89119<br>Attorneys for R & S St. Rose, LLC | |

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE
DATED: May 2, 2018